**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 10, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00536-CV

_____

**LANCE SUMMEY AND FRAN SUMMEY, Appellants**

**V.**

**JOHN RICHARD DUFFY, INDIVIDUALLY AND D/B/A MID-CONTINENTAL INSURANCE AGENCY AND FIRST AMERICAN TITLE INSURANCE COMPANY, Appellees**

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2010-50554**

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 21, 2012. On June 18, 2012, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.